**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas
_(State)_

Case number _(if known)_: _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, _Instructions for Bankruptcy Forms for Non-Individuals_, is available.

| | |
|---|---|
| 1. Debtor's Name | **Candy Club Holdings, Inc.** |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and _doing business as_ names | **N/A** |
| 3. Debtor's federal Employer Identification Number (EIN) | **47-3525377** |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **10736 Jefferson Blvd., #325** | |
| Number          Street | Number          Street |
| | P.O. Box |
| **Culver City          CA          90230** | |
| City          State          Zip Code | City          State          Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Los Angeles County** | |
| County | Number          Street |
| | |
| | City          State          Zip Code |

| | |
|---|---|
| 5. Debtor's website (URL) | candyclub.com |
| 6. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP) |

Debtor **Candy Club Holdings, Inc.** _____  Case number *(if known)* _____
Name

☐ Other. Specify: _____

| 7. | Describe debtor's business | A. *Check One:* |
|---|---|---|

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>3119</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1).  Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                                     MM/DD/YYYY

Debtor   **Candy Club Holdings, Inc.**                     Case number *(if known)* _____
Name

| If more than 2 cases, attach a separate list. | District _____ | When _____<br>MM/DD/YYYY | Case number _____ |

| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor   **See Rider 1**<br><br>District   **Southern District of Texas**<br><br>Case number, if known _____ | Relationship   **Affiliate**<br><br>When   **07/27/2023**<br>MM / DD / YYYY |

| 11. **Why is the case filed in *this* district?** | *Check all that apply:*<br><br>☐  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☒  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒  No<br>☐  Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐  Other _____<br><br>**Where is the property?**<br>_____ _____<br>Number          Street<br><br>_____ _____ _____<br>City                 State    Zip Code<br><br>**Is the property insured?**<br><br>☐  No<br>☐  Yes.  Insurance agency _____<br>Contact name _____<br>Phone _____ |

| | **Statistical and administrative information** |

| 13. **Debtor's estimation of available funds** | *Check one:*<br><br>☒  Funds will be available for distribution to unsecured creditors.<br>☐  After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. **Estimated number of creditors**[1] | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

---

[1]   The Debtors' estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.

Debtor   **Candy Club Holdings, Inc.**                                          Case number *(if known)* _____
          Name

| **15. Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/27/2023**
                 MM/ DD / YYYY

×   **/s/  Keith Cohn**                                      **Keith Cohn**
    Signature of authorized representative of debtor          Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**   ×   **/s/  Veronica A. Polnick**          Date   **07/27/2023**
                                     Signature of attorney for debtor              MM/DD/YYYY

**Veronica A. Polnick**
Printed name

**JACKSON WALKER LLP**
Firm name

**1401 McKinney Street, Suite 1900**
Number                          Street

**Houston**                                          **Texas**         **77010**
City                                                  State            ZIP Code

**(713) 752 -4200**                                  **vpolnick@jw.com**
Contact phone                                         Email address

**24079148**                                         **Texas**
Bar number                                            State

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Texas** |
| (State) |
| Case number *(if known):* _____ Chapter ___11___ |

☐ Check if this is an
amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Candy Club, LLC.

- Candy Club Acquisition, LLC
- Candy Club Holdings, Inc.
- Candy Club, LLC
- Candy Club Investment, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Candy Club Holdings, Inc., | ) | Case No. 23-_____(___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Candy Club Acquisition, LLC | 10736 Jefferson Blvd., #325 Culver City, CA 90230 | 100% |

---

[1]    This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Candy Club Holdings, Inc., | ) | Case No. 23-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**

      Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Candy Club Acquisition, LLC | 100% of Candy Club Holdings, Inc. |
| Keith Cohn | 100% of Candy Club Acquisition, LLC |

Fill in this information to identify the case and this filing:

Debtor Name   Candy Club Holdings, Inc.

United States Bankruptcy Court for the:                    Southern District of Texas
                                                                              (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration__List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

☒ */s/ Keith Cohn*

07/27/2023
MM/ DD/YYYY                                   Signature of individual signing on behalf of debtor

                                              **Keith Cohn**

                                              Printed name

                                              **Chief Executive Officer**

                                              Position or relationship to debtor

**WRITTEN RESOLUTIONS**
**OF**
**CANDY CLUB HOLDINGS, INC.**

**JULY 20, 2023**

THE COMPANY, Candy Club Holdings, Inc. (the "Company") takes the following actions and adopt the following resolutions without a meeting, by action of its directors and shareholders, as authorized by the Delaware General Corporation Law (the "Act"), as amended from time to time, and the Bylaws of the Company (the "Bylaws").

Appointment of Independent Director

WHEREAS, pursuant to Section 3.2 of the Bylaws, directors shall be elected by the stockholders.

WHEREAS, pursuant to Section 8.2 of the Bylaws, actions of the Company may be taken without a meeting, without prior notice, and without a vote, by a consent or consents in writing.

WHEREAS, the Company deems it advisable and in the best interest of the Company to appoint Barry Folse as independent director of the Company in accordance with that certain Independent Director Agreement between Candy Club, LLC, a California limited liability company, and the Independent Director (as defined below), dated July 20, 2023 and in the form approved by the Manager.

NOW THEREFORE, BE IT RESOLVED, that Barry Folse (the "Independent Director") be ratified in his appointment an independent director of the Company.

RESOLVED, that the Independent Director shall have responsibility for the general and active management of the business in the same capacity as the board of directors of the Company and shall have authority to execute documents and bind the Company.

RESOLVED, that the undersigned hereby approve and consent to any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, and all legal actions of any nature whatsoever previously taken by any manager, officer, employee, agent, attorney or other representative of the Company contemplated by, arising out of or in connection with the subject of the foregoing resolutions.

Bankruptcy Matters

WHEREAS, pursuant to Section 8.2 of the Bylaws, actions of the Company may be taken without a meeting, without prior notice, and without a vote, by a consent or consents in writing.

WHEREAS, the Company deems it advisable and in the best interest of the Company and its affiliates, Candy Club, LLC, a California limited liability company, Candy Club Investment, LLC, a Texas limited liability company, and Candy Club Acquisition, LLC, a Delaware limited liability company, to file bankruptcy under Chapter 11 of the US Code, and grant Barry Folse, in his capacity as Independent Manager of the Company, and to each Manager (collectively, the

1

"<u>Authorized Persons</u>") the power and authority to authorize, execute, and approve on behalf of the Company and its affiliates all bankruptcy and restructuring matters, including but not limited to filing a petition for bankruptcy (the "<u>Bankruptcy Matters</u>").

NOW THEREFORE, BE IT RESOLVED, that, notwithstanding anything to the contrary, the Company hereby grants to each Authorized Person the power and authority to authorize, execute, approve and file the Bankruptcy Matters and to take any other action done in furtherance of the Bankruptcy Matters on behalf of the Company and its affiliates.

RESOLVED, that the undersigned hereby approve and consent to any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, and all legal actions of any nature whatsoever previously taken by any manager, officer, employee, agent, attorney or other representative of the Company contemplated by, arising out of or in connection with the subject of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**DIRECTOR:**


_____
Keith Cohn


**SHAREHOLDER:**


_____
Keith Cohn

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Candy Club, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Southern</strong>    District of <strong>Texas</strong><br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

❑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Integrated Distribution Services - IND** 9431 All Points Parkway Plainfield, IN 46168 | Cody Van Woerden P: 317-203-8751 cvanwoerden@idsfulfillment.com | Operations | D | | | **$1,693,189.20** |
| 2 | **MAVPAK** 6330 E 75th St Ste 168 Indianapolis, IN 46250 | Phoebe Plair P: 463-266-8084 phoebe@mavpak.com | Components | | | | **$317,875.00** |
| 3 | **Berlin Packaging** 525 West Monroe Street 14th Floor Chicago, IL 60661 | Pauline Reichel P: 312-869-7574 Pauline.reichel@BerlinPackaging.com | Components | | | | **$217,206.43** |
| 4 | **All-Star Containers, Inc** PO Box 1308 Bluffton, SC 29910 | Todd Chaney P: 805-285-0740 Ext 2 todd@allstarcontainers.com | Components | | | | **$195,008.64** |
| 5 | **UPS** PO Box 650116 Dallas, TX 75265-0116 | Andrew Harrell P: 800-377-4877 andrewharrell@ups.com | Freight | | | | **$120,530.49** |
| 6 | **North Point Partners (Peter Ember)** 30 Beekman Place New York, NY 10022 | P: (917) 539-7432 pimber@nppllc.net | G&A | | | | **$104,376.34** |
| 7 | **Rite Aid** 5400 Perry Drive Waterford, MI 48329 | | Markdowns | D | | | **$90,000.00** |
| 8 | **Dorval Trading** PO Box 620 Nanuet, NY 10954 | Gail Newcomb P: 845-624-3031 gnewcomb@dorvaltrading.com | G&A | | | | **$89,830.00** |

Debtor Name _____ **Candy Club, LLC** _____      Case Number _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 **Google, Inc.**<br>Dept. 33654, PO Box 39000<br>Dsan Francisco, CA 94139 | collections-us@google.com | Candy | | | | **$83,833.20** |
| 10 **Marich Confectionery**<br>2101 Bert Drive<br>Hollister, CA 95023 | Jose Hernandez<br>P: 800-624-7055<br>jlhernandez@marich.com | Marketing | | | | **$81,632.34** |
| 11 **City National Bank Credit Card**<br>File 1355<br>Pasadena, CA 91199-1355 | John Bai<br>john.bai@cnb.com | Candy | | | | **$74,958.35** |
| 12 **Gerrit J Verburg Company**<br>12238 Germany Road<br>Fenton, MI 48430 | India Olk<br>P: 810-750-9779<br>india@gerritjverburg.com | G&A | | | | **$57,987.68** |
| 13 **Disney Consumer Products, Inc.**<br>500 S. Buena Vista St.<br>Burbank, CA 91521 | JP Southern<br>paul.southern@disneyconsumerproducts.com | Candy | | | | **$55,608.48** |
| 14 **SC Marketing (Thermal Shipping Solutions)**<br>1196 Simmons Lane<br>Novato, CA 94945 | Maney Athwal<br>P: 415-389-5004<br>Maney@thermalshipping.com | License | D | | | **$50,000.00** |
| 15 **Vidal Candies USA Inc.**<br>845 Third Ave, 6th Floor<br>New York, NY 10022 | Matt Hanna and Michelle Gregg<br>P: 310-548-6087<br>matt.hanna@vidalcandiesusa.com | Components | | | | **$47,858.04** |
| 16 **Facebook (Meta)**<br>1601 Willow Road<br>Menlo Park, CA 94025 | P: 650.543.4800<br>debtrecovery@google.com | Candy | | | | **$45,828.00** |
| 17 **ORACLE (NetSuite)**<br>2955 Campus Dr Ste 100<br>San Mateo, CA 94403 | P: 877-638-7848<br>rvaldez@netsuite.com | Marketing | | | | **$30,329.51** |
| 18 **Premier Packaging**<br>PO Box 39505<br>Louisville, KY 40233 | Deborah Ernst<br>P: 800-518-6305<br>dernst@prempack.com | Tech | | | | **$29,159.69** |
| 19 **Sweets Candy Company**<br>4666 Park Granada<br>Calabasas, CA 91302 | Darren Kolinsky<br>darren@actionsaleswest.com | Components | | | | **$28,578.00** |
| 20 **Proforma Nitro Incentives (LLC)**<br>PO Box 51925<br>Los Angeles, CA 90051-6225 | Anita Namar<br>P: 972-407-6100<br>anita.namara@proforma.com | Candy | | | | **$26,625.00** |

Debtor Name     **Candy Club, LLC**          Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Stroock** 180 Maiden Lane New York, NY 10038 | P: 712-806-6196 zswan@stroock.com | Components | D | | | **$22,533.00** |
| 22 | **Redstone Foods, Inc** 1434 Patton Place, Suite 106 Carrollton, TX 75007 | Sussanne Diamond P: 818-422-4245 suannebd@gmail.com | Candy | | | | **$19,932.00** |
| 23 | **Steaven Jones Development Company** 12381 Wilshire Boulevard, Suite 201 Los Angeles, CA 90025 | Larry Meister P: 310-826-3600 x115 F: 800-837-2511 lmeister@sjdcinc.com | G&A | D | | | **$19,427.53** |
| 24 | **Nassau Candy** 530 West John Street Hicksville, NY 11801 | Robin Goedel P: 516-433-7100 Robin.Goedel@nassaucandy.com | Candy | | | | **$16,700.00** |
| 25 | **Jelly Belly** PO Box 742799 Los Angeles, CA 90074 | Heidi Mueller P: 707-428-2800 hmueller@jellybelly.com | Candy | | | | **$16,568.00** |
| 26 | **Metric Theory** PO Box 748544 Los Angeles, CA 90074 | P: 415-231-5345 accounting@metrictheory.com | Marketing | | | | **$11,050.77** |
| 27 | **Wise Owl Productions** 3751 E 150 S Tipton, IN 46072 | P: 949-690-4942 jpekar@wiseowlproductions.com | Sales | | | | **$10,641.50** |
| 28 | **Arway Confections (LongGrove)** 3425 North Kimball Ave Chicago, IL 60618 | Carrie Koch P: 847-302-4806 carrie.koch@arwlgc.com | Candy | | | | **$10,120.00** |
| 29 | **Anthem Blue Cross** PO Box 51011 Los Angeles, CA 90051-5311 | Mark Reynolds P: 855-854-1429. reynolds.mark@sbcglobal.net | G&A | | | | **$8,651.92** |
| 30 | **Cloudwork LLC (Beon)** 17121 Collins Ave Sunny Isle, FL 33160 | P: 917-605-3521 accounting@beon.studio | Tech | | | | **$8,201.25** |